No. 5743. Gomori *v.* Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 5744. Ozuna *v.* California. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 5747. Feldman *v.* Whipkey's Drug Shop et al. Ct. App. Ga. Certiorari denied.

No. 5748. Criswell *v.* Nevada. Sup. Ct. Nev. Certiorari denied.

No. 5751. McLeod *v.* Sills, Attorney General of New Jersey, et al. C. A. 3d Cir. Certiorari denied.

No. 5752. Havelock *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 5754. Dawson et ux. *v.* Shenandoah Retreat Land Corp. et al. C. A. 4th Cir. Certiorari denied.

No. 5755. Jordan *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 5757. Blackwell *v.* North Carolina. Sup. Ct. N. C. Certiorari denied.

No. 5759. Ohmer *v.* Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 5760. Panczko *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 5762. Brown *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 5764. McCleary *v.* United States. C. A. D. C. Cir. Certiorari denied.